Decided March 14, 2002

ALPHONSE KRONBERG *v.* TRINI PEACOCK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 668 (AC 21813), is denied.

*The appeal was withdrawn April 25, 2002.

*David T. Grudberg*, in support of the petition.

*Carla Ottaviano*, in opposition.

Decided March 14, 2002